## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT CLARKSBURG

| | |
|---|---|
| WALHONDE TOOLS, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| WILSON WORKS, INC., a West Virginia Corporation; ) | |
| NORTHCO CORP., a West Virginia Corporation; | |
| NAES POWER CONTRACTORS, INC., successor by ) | |
| merger to American Boiler & Chimney Company, a | |
| Washington Corporation; ) | |
| FOSTER WHEELER ZACK, INC., a Delaware | Civil Action No. |
| Corporation; ) | 1:09-CV-00048 |
| DAY & ZIMMERMAN NPS, INC., a Delaware | |
| Corporation ) | |
| Defendants. | Hon. Irene M. Keeley |
| ) | |
| And | |
| ) | |
| FOSTER WHEELER ZACK, INC., | |
| ) | |
| Counterclaimant, | |
| ) | |
| v. | |
| ) | |
| WALHONDE TOOLS, INC., and | |
| GARY W. MCCLURE, an Individual, ) | |
| Counterclaim Defendants. ) | |

### DEFENDANT FOSTER WHEELER ZACK, INC'S MARKMAN BRIEF

Defendant, Foster Wheeler Zack, Inc., adopts and joins in the Markman brief being filed today by defendant Wilson Works, Inc.

FOSTER WHEELER ZACK, INC.

By Counsel,

/s Carl L. Fletcher, Jr.                        .
Carl L. Fletcher, Jr. (W. Va. Bar #1225)
Bowles Rice McDavid Graff & Love LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1149
(304) 347-2867 (Fax)

Of Counsel:

/s Henry J. Renk_____.
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218 -2100
(212) 281-2200 (Fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

| | |
|---|---|
| WALHONDE TOOLS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| WILSON WORKS, INC., a West Virginia Corporation; NORTHCO CORP., a West Virginia Corporation; NAES POWER CONTRACTORS, INC., successor by merger to American Boiler & Chimney Company, a Washington Corporation; FOSTER WHEELER ZACK, INC., a Delaware Corporation; DAY & ZIMMERMAN NPS, INC., a Delaware Corporation | ) Civil Action No. 1:09-CV-00048 |
| Defendants. | ) |
| and | ) |
| FOSTER WHEELER ZACK, INC., | ) |
| Counterclaimant, | ) |
| v. | ) |
| WALHONDE TOOLS, INC., and GARY W. MCCLURE, an Individual, | ) |
| Counterclaim Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2010, the foregoing *Defendant Foster Wheeler Zack, Inc's Markman Brief*, was served upon the parties by electronic transmission (email), addressed as follows:

| | |
|---|---|
| Robert R. Waters, Esq.<br>Jason A. Poling, Esq.<br>Olen L. York, Esq.<br>WATERS LAW GROUP, PLLC<br>633 Seventh Street<br>Huntington, WV 25701<br>rrwaters@waterslawoffice.com<br>japoling@waterslawoffice.com<br>*Counsel for Walhonde Tools, Inc.* | Allison L. Carr<br>SPILMAN THOMAS & BATTLE, PLLC<br>301 Grant Street, Suite 3440<br>Pittsburgh, PA 15219<br>acarr@spilmanlaw.com<br>*Counsel for Wilson Works, Inc.* |
| James A. Walls<br>Richard W. James<br>Ryan Debski<br>SPILMAN THOMAS & BATTLE, PLLC<br>48 Donley Street, Suite 800<br>Morgantown, West Virginia 26501<br>jwalls@spilmanlaw.com<br>rdebski@spillmanlaw.com<br>rjames@spilmanlaw.com<br>*Counsel for Wilson Works, Inc.* | Eric G. Soller<br>PSC of WV<br>PO Box 821<br>Charleston, West Virginia<br>egs@pietragallo.com<br><br>*Counsel for Minnote Contracting Corporation* |
| Christopher S. Morris<br>BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>cmorris@baileyglasser.com<br>*Counsel for NAES Power Contractors, Inc.* | Jack A. Wheat<br>Christina I. Ryan<br>STITES & HARBISON, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>jwheat@stites.com<br>cryan@stites.com<br>*Counsel for NAES Power Contractors, Inc.* |
| John C. Palmer, IV<br>M. David Griffith, Jr.<br>Robinson & McElwee, PLLC (Charleston)<br>P.O. Box 1791<br>Charleston, West Virginia 25326<br>jcp@ramlaw.com<br>mdg@ramlaw.com<br>*Counsel for Day & Zimmermann NPS, Inc.* | Eric S. Marzluf<br>James J. Kozuch<br>Caesar Rivise Bernstein Cohen & Polotilow LTD<br>1635 Market Street, 11TH Floor<br>Philadelphia, Pennsylvania 19103<br>esmarzluf@crbcp.com<br>jjkozuch@crbcp.com<br>*Counsel for Day & Zimmermann NPS, Inc.* |

| | |
|---|---|
| Robert J. D'Anniballe, Jr.<br>PIETRAGALLO GORDON ALFANO<br>BOSIK & RASPANTI, LLP<br>3173 Main Street<br>Weirton, West Virginia 26062<br>rid@Pietragallo.com<br>*Counsel for Minotte contracting Corporation* | Alan G. Towner<br>PIETRAGALLO GORDON ALFANO<br>BOSIK & RASPANTI, LLP<br>1 Oxford Center, 38th Floor<br>Pittsburgh, Pennsylvania 15219<br>agt@pietragallo.com<br>*Counsel for Minotte contracting Corporation* |

And I hereby certify that I have mailed, by United States Postal Service, the document to the following:

Northco Corp.
P.O. Box 2100
Morgantown, West Virginia 26502

/s    Carl L. Fletcher, Jr._____
Carl L. Fletcher, Jr.