IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

WALHONDE TOOLS, INC.,

    Plaintiff,

v.                                 Civil Action No. 1:09-CV-48

WILSON WORKS, INC., a West
Virginia corporation, NORTHCO
CORP., a West Virginia corporation,
NAES POWER CONTRACTORS, INC.,
a successor by merger to American Boiler
& Chimney Company, a Washington
corporation, MINNOTTE
CONTRACTING CORPORATION, a
Pennsylvania corporation, FOSTER
WHEELER ZACK, INC., a Delaware
corporation, DAY & ZIMMERMAN
NPS, INC., a Delaware corporation,

    Defendants.

## DEFENDANT MINNOTTE'S CLAIM CONSTRUCTION RESPONSE BRIEF

Defendant, Minnotte Contracting Corporation ("Minnotte"), files this Claim Construction Response Brief pursuant to this Court's Scheduling Order dated September 18, 2009 (Doc. No. 76).

Pursuant to the Scheduling Order, all parties were to file Markman Briefs on September 1, 2010. The Defendants each filed Markman Briefs on September 1, 2010. *See* Doc. No. 133 (Wilson Works, Inc.'s Markman Brief); Doc. No. 134 (Minnotte's

Markman Brief); Doc. No. 135 (NAES Power Contractors, Inc.'s Markman Brief); and Doc. No. 136 (Foster Wheeler Zack, Inc.'s Markman Brief).[1]

However, Plaintiff failed to file any Markman brief, despite this Court's Scheduling Order.

Accordingly, Minnotte respectfully requests that this Court adopt the claim constructions set forth in the Markman briefs filed by the defendants. Moreover, Minnotte respectfully requests that Plaintiff be prohibited from disputing the claim constructions set forth in the Markman briefs filed by the defendants, in light of Plaintiff's failure to comply with this Court's Scheduling Order.

Dated: September 15, 2010

Respectfully Submitted,

By Counsel:

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

/s/ Robert J. D'Anniballe, Jr
Robert J. D'Anniballe, Jr., Esquire
West Virginia Bar No. 920
333 Penco Road
Weirton, WV 26062
(304) 723-6314 - Telephone
(304) 723-6317 - Fax
E-mail: RJD@Pietragallo.com

and

---

[1] Defendant Northco has never responded to the Complaint and did not file a Markman brief. Also, it is believed that Defendant Day & Zimmerman NPS, Inc. reached a settlement prior to the September 1, 2010 Markman brief deadline.

/s/ Eric G. Soller
Eric G. Soller, Esquire
*Admitted Pro Hac Vice*
One Oxford Center
Pittsburgh, PA   15219
(412) 263-2000 - Telephone
(412) 263- 2001- Fax
E-mail:  EGS@Pietragallo.com

*Attorneys for Defendant,*
*Minnotte Contracting Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the parties by electronically filing the same with the Court's CM/ECF system, which will send notification to the following CM/ECF participants, this 15th day of September, 2010, as follows:

Robert R. Waters, Esquire
Jason A. Poling, Esquire
Olen L. York, III, Esquire
Waters Law Group, PLLC
633 Seventh Street
Huntington, WV 25701
	and
Robert B. Allen, Esquire
Pamela C. Deem, Esquire
Allen Guthrie & Thomas, PLLC
500 Lee Street, Suite 800
P.O. Box 3394
Charleston, WV 25333-3394
*Counsel for Plaintiff*

James A. Walls, Esquire
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
*Counsel for Wilson Works, Inc.*

Christopher S. Morris, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
	and
Jack A. Wheat, Esquire
Christina I. Ryan, Esquire
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
*Counsel for NAES Power Contractors*

Carl L. Fletcher, Jr., Esquire
Daniels Law Firm, PLLC
P.O. Box 1433
Charleston, WV 25325
	and
Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
*Counsel for Foster Wheeler Zack, Inc.*

John C. Palmer, IV, Esquire
Robinson & McElwee, PLLC - Charleston
P.O. Box 1791
Charleston, WV 25326
	and
Eric S. Marzluf, Esquire
James J. Kozuch, Esquire
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
*Counsel for Day & Zimmerman NPS, Inc.*

　　　　　　　　　　　　/s/ Robert J. D'Anniballe, Jr
　　　　　　　　　　　　Robert J. D'Anniballe, Jr., Esquire
　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　*Minnotte Contracting Corporation*