IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

WALHONDE TOOLS, INC.,

    Plaintiff,

v.

WILSON WORKS, INC., a West Virginia corporation, NORTHCO CORP., a West Virginia corporation, NAES POWER CONTRACTORS, INC., a successor by merger to American Boiler & Chimney Company, a Washington corporation, MINNOTTE CONTRACTING CORPORATION, a Pennsylvania corporation, FOSTER WHEELER ZACK, INC., a Delaware corporation, DAY & ZIMMERMAN NPS, INC., a Delaware corporation,

    Defendants.

Civil Action No. 1:09-CV-48

Judge Keeley

## DEFENDANT WILSON WORKS, INC.'S MARKMAN RESPONSE BRIEF

Defendant, Wilson Works, Inc. ("Wilson Works") files this Markman Response Brief in accordance with the Court's Scheduling Order of September 18, 2009, Document 76.

The Scheduling Order required every party to file a Markman Brief by September 1, 2010. However, the Plaintiff, Walhonde Tools, Inc., failed to file a brief.

Wilson Works therefore respectfully requests that the Court adopt its claim constructions provided in the Markman Brief it filed September 1, 2010, Document 133 ("Defendant Wilson Works, Inc.'s Markman Brief"). Wilson Works further requests that the Plaintiff be prohibited from disputing those claim constructions because of Plaintiff's failure to file its Markman Brief.

Dated:  September 15, 2010

**WILSON WORKS, INC.**

**By Spilman Thomas & Battle, PLLC**

/s/ James A. Walls
James A. Walls, Esq. (WV Bar No. 5175)
49 Donley Street, Suite 800
P.O. Box 615
Morgantown, WV 26507-0615
(304) 291-7920 (T)
(304) 291-7979 (F)
jwalls@spilmanlaw.com

Richard W. James, Esq.
Ryan M. Debski, Esq. (WV Bar No. 10652)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
(412) 325-3301 (T)
(412) 325-3324 (F)
rjames@spilmanlaw.com
rdebski@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

WALHONDE TOOLS, INC.,

    Plaintiff,

v.

WILSON WORKS, INC., a West Virginia corporation, NORTHCO CORP., a West Virginia corporation, NAES POWER CONTRACTORS, INC., a successor by merger to American Boiler & Chimney Company, a Washington corporation, MINNOTTE CONTRACTING CORPORATION, a Pennsylvania corporation, FOSTER WHEELER ZACK, INC., a Delaware corporation, DAY & ZIMMERMAN NPS, INC., a Delaware corporation,

    Defendants.

Civil Action No. 1:09-CV-48

Judge Keeley

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2010 a true and correct copy of the foregoing **"Defendant Wilson Works, Inc.'s Markman Response Brief"** was filed with the Court using the Court's CM/ECF system, which will provide notice to the following:

Robert R. Waters, Esq.
Jason A. Poling, Esq.
Waters Law Group, PLLC
633 Seventh Street
Huntington, WV 25701
*Counsel for Plaintiff*

Christopher S. Morris, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
    and
Jack A. Wheat, Esq.
Christina L. Ryan, Esq.
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
*Counsel for NAES Power Contractors*

Eric G. Soller, Esq.
Pietragallo Gordon Alfano Bosick
  & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219
       and
Robert J. D'Anniballe, Jr., Esq.
Pietragallo Gordon Alfano Bosick
  & Raspanti, LLP
3173 Main Street
Weirton, WV  26062
*Counsel for Minnotte Contracting Corporation*

John C. Palmer, IV, Esq.
Robinson & McElwee, PLLC – Charleston
P.O. Box 1791
Charleston, WV  25326
       and
Eric S. Marzluf, Esq.
James J. Kozuch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA  19103-2212
*Counsel for Day & Zimmerman NPS, Inc.*

Carl L. Fletcher, Jr., Esq.
Bowles Rice McDavid
Graff & Love, LLP
600 Quarrier Street
Charleston, WV  25325
       and
Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY  10104-3800
*Counsel for Foster Wheeler Zack, Inc.*

And that a true and correct copy was served by first class, U.S. mail upon the following:

Northco Corp.
P.O. Box 2100
Morgantown, WV 26502


/s/ James A. Walls
James A. Walls

2372234                                4