IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**WALHONDE TOOLS, INC.**

            **Plaintiff,**

      v.                                   Civil Action No. 1:09-cv-00048

**WILSON WORKS, INC., a West Virginia Corporation; NORTHCO CORP., a West Virginia Corporation; NAES POWER CONTRACTORS, INC., successor by merger to American Boiler & Chimney Company, a Washington Corporation; MINNOTTE CONTRACTING CORPORATION, a Pennsylvania Corporation; FOSTER WHEELER ZACK, INC., a Delaware Corporation; DAY & ZIMMERMANN NPS, INC., a Delaware Corporation,**

            **Defendants.**

## JOINT MOTION TO DISMISS DEFENDANT DAY & ZIMMERMANN NPS, INC.

Plaintiff Walhonde Tools, Inc. and Defendant Day & Zimmermann NPS, Inc., jointly move the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for an Order dismissing Defendant Day & Zimmermann NPS, Inc. from this civil action with prejudice, on the grounds that Plaintiff Walhonde Tools, Inc. and Defendant Day & Zimmermann NPS, Inc. have compromised and settled all of the Plaintiff's claims and matters in controversy between them.

Further, Plaintiff Walhonde Tools, Inc. and Defendant Day & Zimmerman NPS, Inc. jointly move, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that the Court direct the entry of a final judgment concerning the dismissal of Defendant Day & Zimmermann NPS, Inc., on the grounds that Plaintiff Walhonde Tools, Inc. and Defendant Day &

Zimmermann NPS, Inc. have entered into a voluntary settlement, that no other defendants have asserted cross-claims against Defendant Day & Zimmermann NPS, Inc., and that there is no just reason for delay in the entry of a final judgment dismissing Defendant Day & Zimmermann NPS, Inc. from this civil action.

The proposed Stipulation and Order of Dismissal is attached.

>                             WALHONDE TOOLS, INC. and
>                             DAY & ZIMMERMANN NPS, INC.
>                                      By counsel

/s/ Robert R. Waters
Robert R. Waters (WV State Bar No. 7627)
Jason A. Poling (WV State Bar No. 7772)
Waters Law Group, PLLC
633 Seventh Street
Huntington, WV 25701
(304) 522-6658
Email: rrwaters@waterslawoffice.com
    Counsel for Plaintiff Walhonde Tools, Inc.


/s/ John C. Palmer IV
John C. Palmer IV (WV State Bar No. 2801)
M. David Griffith, Jr. (WV State Bar No. 7720)
Robinson McElwee PLLC
P.O. Box 1791
Charleston, WV  25326
(304) 344-5800
Email: jcp@ramlaw.com


James J. Kozuch
Eric S. Marzluf
Caesar, Rivise, Bernstein, Cohen &
  Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
(215) 567-2010
    Counsel for Defendant
    Day & Zimmermann NPS, Inc.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**WALHONDE TOOLS, INC.**

          **Plaintiff,**

       v.                      Civil Action No. 1:09-cv-00048

**WILSON WORKS, INC.**, a West Virginia Corporation; **NORTHCO CORP.**, a West Virginia Corporation; **NAES POWER CONTRACTORS, INC.**, successor by merger to American Boiler & Chimney Company, a Washington Corporation; **MINNOTTE CONTRACTING CORPORATION**, a Pennsylvania Corporation; **FOSTER WHEELER ZACK, INC.**, a Delaware Corporation; **DAY & ZIMMERMANN NPS, INC.**, a Delaware Corporation,

          **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

     I, John C. Palmer IV, counsel for defendant Day & Zimmermann NPS, Inc., do hereby certify that on the 13th day of October, 2010, I electronically filed the **JOINT MOTION TO DISMISS DEFENDANT DAY & ZIMMERMANN NPS, INC.** with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

                Robert R. Waters, Esquire
                Jason A. Poling, Esquire
                Waters Law Group, PLLC
                633 Seventh Street
                Huntington, WV 25701
                    Counsel for Plaintiffs

 Jack A. Wheat, Esquire
Christina I. Ryan, Esquire
Stites & Harbison PLLC
400 W. Market Suite, Suite 1800
Louisville, KY 40245
      Counsel for Defendant NAES Power Contractors, Inc.

Christopher S. Morris, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
      Counsel for Defendant NAES Power Contractors, Inc.

Alan G. Towner, Esquire
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1 Oxford Center, 38th Floor
Pittsburgh, PA 15219
      Counsel for Defendant Minnotte Contracting Corporation

Robert J. D'Anniballe, Jr., Esquire
Eric G. Soller, Esquire
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
3173 Main Street
Weirton, WV 26062
      Counsel for Defendant Minnotte Contracting Corporation

Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3800
      Counsel for Defendant Foster Wheeler Zack, Inc.

Carl L. Fletcher, Jr., Esquire
Bowles Rice McDavid Graff & Love
600 Quarrier Street
Charleston, WV 25301-2121
      Counsel for Defendant Foster Wheeler Zack, Inc.

Richard W. James, Esquire
Ryan M. Debski, Esquire
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
      Counsel for Wilson Works, Inc.

       James A. Walls, Esquire
       Spilman Thomas & Battle, PLLC
       48 Donley Street, Suite 800
       Morgantown, WV 26501
           Counsel for Defendant Wilson Works, Inc.

       James J. Kozuch, Esquire
       Eric S. Marzluf, Esquire
       1635 Market Street, 11th Floor
       Philadelphia, PA 19103-2212
           Counsel for Defendant Day & Zimmermann, NPS, Inc.

and that there are no non-CM/ECF participants in this matter.


                /s/ John C. Palmer IV
                John C. Palmer IV (WV Bar ID No. 2801)
                Robinson McElwee PLLC
                P.O. Box 1791
                Charleston, WV  25326
                (304) 344-5800
                Email:  jcp@ramlaw.com